**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v.

RAINHA CONSTRUCTION COMPANY
Defendant.

C.A. No. 05-063ML

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request that this Court enter judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Judgment is sought in the amount of $8,439.21.

In support of this Motion, Plaintiffs rely upon the Affidavit of Paul McDonald and Exhibits 1 and 2, filed contemporaneously herein.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

5

Dated: May 23, 2005

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 24th day of May, 2005, to the following party of record:

Mr. John Rainha, President
Rainha Construction Corp.
57 Beach Rd.
Cumberland, RI 02864

Kevin L Kanuski