UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH :
SERVICES AND INSURANCE PLAN, :
and PAUL A. MACDONALD, in his :
official capacity as Executive :
Director, :
          Plaintiffs, :
:
v. : C.A. No. 05-063 ML
:
RAINHA CONSTRUCTION COMPANY :
          Defendant. :
:

**AFFIDAVIT OF PAUL A. MACDONALD
IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Paul A. MacDonald, being first duly sworn, depose and state as follows:

1. I am the Executive Director of Teamsters Local 251 Health Services and Insurance Plan ("the Fund"), a joint labor-management employee benefit plan which provides health and other benefits to members of Teamsters Local 251.

2. Defendant is party to a collective bargaining agreement which requires contributions to the Fund based on hours worked for defendant by members of Teamsters Local 251 "Local 251." These funds are used to purchase insurance benefits.

3. On July 26, 2004, an audit of Defendant's payroll covering the period January, 2000 through December, 2002

6

revealed that Defendant had not made contributions for all of the hours worked by member of Local 251. To date, Defendant has failed to remit the amount due to the Fund, as revealed by the audit. The amount due is $3,022.92. (See Exhibit 1.)

4. For the period of June through August, 2004, Defendant failed to submit remittance reports and make any payments to the Fund. Accordingly, the amount due is $1,640.80 (See Exhibit 2).

5. Contributions to the Fund are due by the 10th of the month following the month in which the work was performed. Pursuant to the Trust Agreement, interest is accrued at the rate of 1.5% per month. Interest on the unpaid contributions now stands at $1,277.75. (See Exhibit 2).

6. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. This penalty is also provided for in the Fund's Trust Agreement. Penalties are in the amount of $932.74. (See Exhibit 2.)

7. The Plan has thus far expended costs in the amount of $290.00 and counsel fees in the amount of $1,275.00 in prosecuting this action.

8. In light of the foregoing figures, the Plan requests that the Court enter judgment in the amount of $8,439.21.

9. The foregoing is true and correct to the best of my knowledge.

Dated: May 16, 2005

I, Paul A. MacDonald, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

_Paul A. MacDonald_
Paul A. MacDonald

Subscribed and worn to before me, by Paul A. MacDonald, this __16__ day of __MAY__, 2005.

_____
NOTARY PUBLIC
My commission expires: 6/18/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 24 day of May, 2005, to the following party of record:

Mr. John Rainha, President
Rainha Construction Corp.
57 Beach Rd.
Cumberland, RI 02864

# EXHIBIT 1



**Teamster's Local 251 Health Services and Insurance Plan**

# PAYROLL COMPLIANCE REVIEW

# REPORT

EMPLOYER NAME:     Rainha Construction

ADDRESS:     10 Nate Whipple Highway Cumberland, RI 02864

DATE OF PAYROLL AUDIT:     July 26, 2004

PERIOD EXAMINED:     January 1, 2002 through March 31, 2004

EMPLOYER REPRESENTATIVE, IF ANY, PRESENT AT THE TIME OF
THE PAYROLL AUDIT:     Ms. Donna Robidux

LOCATION OF EXAMINATION:     Same as above.

SUMMARY OR REASON FOR UNDER REPORTED CONTRIBUTIONS:

Due to clerical errors and the omitting of winter layoffs not all hours were reported to the Funds.



**Teamster's Local 251 Health Services and Insurance Plan**

### PAYROLL COMPLIANCE REVIEW

### SUMMARY

Employer:        Rainha Construction

Period Covered : January 1, 2002 through March 31, 2004

|  | 2002 | 2003 | 2004 | **TOTAL** |
|---|---|---|---|---|
| Health & Welfare | 722.12 | 1,427.20 | 873.60 | **3,022.92** |

PHILADELPHIA | Two Bala Plaza, Suite 501 | Bala Cynwyd, PA 19004 | 610.668.9400 | 610.668.9405 Fax
NEW YORK | Eleven Pennsylvania Plaza, Suite 920 | New York, NY 10001-2006 | 212.279.4262 | 212.279.4263 Fax

Teamster's Local 251 Health Services and Insurance Plan

| | | |
|---|---|---|
| COMPANY: | Rainha Construction | |
| ADDRESS: | 10 Nate Whipple Highway Cumberland, RI 02864 | |
| CONTACT: | Ms. Donna Robidux | |
| PH NUMBER: | 401-658-1661 | |

| | |
|---|---|
| AUDIT PERIOD: | January 1, 2002 through March 31, 2004 |
| AUDITOR: | Richard A. Romagnoli |

**2002**

### Contribution Due

| EMPLOYEE | S/S NUMBER | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kennedy, Charles | | 2.00 | | | | | | | | | | | 160.00 | 162.00 |
| TOTAL | | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | 162.00 |

### Amount Due

| | | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $4.26 | $4.46 | $8.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $713.60 | $722.12 |
| TOTAL | | | $8.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $713.60 | $722.12 |

**2003**

### Contribution Due

| EMPLOYEE | S/S NUMBER | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kennedy, Charles | | 160.00 | 160.00 | | | | | | | | | | | 320.00 |
| | | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 320.00 |

### Amount Due

| | | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $4.46 | $5.46 | $713.60 | $713.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,427.20 |
| TOTAL | | | $713.60 | $713.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,427.20 |

**2004**

### Contribution Due

| EMPLOYEE | S/S NUMBER | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roulea, Dennis | | | | 160.00 | | | | | | | | | | 160.00 |
| TOTAL | | 0.00 | 0.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 |

### Amount Due

| | | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $5.46 | $0.00 | $0.00 | $0.00 | $873.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $873.60 |
| TOTAL | | | $0.00 | $0.00 | $873.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $873.60 |

# EXHIBIT 2

| Date | Hours | Rate | Amount | Due | Days late | Interest | Penalty | Total Due |
|---|---|---|---|---|---|---|---|---|
| Jan. 02 | 2 | $4.26 | $8.52 | 2/10/2002 | 1187 | $5.06 | $1.70 | |
| Dec.02 | 160 | $4.46 | $713.60 | 1/10/2003 | 853 | $304.35 | $142.72 | |
| Jan. 03 | 160 | $4.46 | $713.60 | 2/10/2003 | 822 | $293.29 | $142.72 | |
| Feb.03 | 160 | $4.46 | $713.60 | 3/10/2003 | 794 | $283.30 | $142.72 | |
| Mar.04 2004 | 160 | $5.46 | $873.60 | 4/10/2004 | 397 | $173.41 | $174.72 | |
| 6/27-7/03 | 40 | $5.86 | $234.40 | 8/10/2004 | 275 | $32.23 | $46.88 | |
| 7/04-7/10 | 40 | $5.86 | $234.40 | 8/10/2004 | 275 | $32.23 | $46.88 | |
| 7/11-7/17 | 40 | $5.86 | $234.40 | 8/10/2004 | 275 | $32.23 | $46.88 | |
| 7/18-7/24 | 40 | $5.86 | $234.40 | 8/10/2004 | 275 | $32.23 | $46.88 | |
| 7/25-7/31 | 40 | $5.86 | $234.40 | 8/10/2004 | 275 | $32.23 | $46.88 | |
| 8/01-8/07 | 40 | $5.86 | $234.40 | 9/10/2004 | 244 | $28.60 | $46.88 | |
| 8/08-8/14 | 40 | $5.86 | $234.40 | 9/10/2004 | 244 | $28.60 | $46.88 | |
| **SubTotal** | | | $4,663.72 | | | $1,277.75 | $932.74 | $6,874.21 |
| **Attorneys** | Fees | | | | | | | $1,275.00 |
| **Costs** | | | | | | | | $290.00 |
| **TOTAL** | **OWED** | | | | | | | $8,439.21 |