# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director**

**v.**

**C.A. NO: 05-063ML**

**RAINHA CONSTRUCTION COMPANY**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the plaintiffs, Teamsters Local 251 Health Services and Insurance Plan and Paul A. MacDonald, in his official capacity as Executive Director, against the defendant, Rainha Construction Company, in the amount of $8,439.21 pursuant to the Order dated June 14, 2005 GRANTING the plaintiffs' Motion for Entry of Default Judgment.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: June 14, 2005**