DC 11
Rev. 7/82

# WRIT OF EXECUTION

**United States District Court** — DISTRICT: Rhode Island

TO THE MARSHAL OF:

United States for the District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Rainha Construction Company
Mr. John Rainha, President
57 Beach Rd.
Cumberland, RI 02864

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT — DOLLAR AMOUNT

$8,439.21 plus interest, costs and attorneys' fees

and

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Rainha Construction Company, in the case of
Teamsters Local 251 HSIP, et. al. v. Rainha Construction Company
C.A. No. 05-063ML

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court | Rhode Island |
| **CITY** | **DATE** |
| Providence | October 14, 2005 |

Witness the Honorable Mary M. Lisi
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| July 14, 2005 | David M. DiMarzio |
| | (BY) DEPUTY CLERK: [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |