OC 11
Rev. 7/82

# WRIT OF EXECUTION

**United States District Court** — DISTRICT: Rhode Island

TO THE MARSHAL OF:

United States for the District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Rainha Construction Company
Mr. John Rainha, President
57 Beach Rd.
Cumberland, RI 02864

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT

$8,439.21 plus interest, costs and attorneys' fees

DOLLAR AMOUNT

and

in the United States District Court for the ______ District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Rainha Construction Company, in the case of
Teamsters Local 251 HSIP, et. al. v. Rainha Construction Company
C.A. No. 05-063ML

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court | Rhode Island |
| CITY | DATE |
| Providence | October 14, 2005 |

Witness the Honorable Mary M. Lisi
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| July 14, 2005 | David M. DiMarzio |
| | (BY) DEPUTY CLERK J. Sutherland |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 8-5-04 | 8-19-05 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C. A Moore |

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Teamsters Local 251 HSIP, et. al. | COURT CASE NUMBER: 05-063ML |
| DEFENDANT: Rainha Construction Company | TYPE OF PROCESS: Writ of Execution |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: John Rainha, President

**AT** — ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): 10 Nate Whipple Highway, Cumberland, RI 02864

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gursky Law Associates
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

ALTERNATE ADDRESSES

%& 57 Beach Rd.
Cumberland, RI 02864
OR
~~989 Mendon Rd. #993~~
~~Cumberland, RI 02864~~ NO GOOD

~~44 Brook St. #56~~
~~Central Falls, RI 02863~~ NO GOOD
OR
61 Beach Rd.
Cumberland, RI 02864

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| C. Wren [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401-294-4700 | 8/5/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | KW [signature] | 8-16-05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): DONNA ROBIDOUX - OFFICE MANAGER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*): 10 NATE WHIPPLE HIGHWAY CUMBERLAND, R.I 02864

| Date of Service | Time | |
|---|---|---|
| 8-19-05 | 1110 | (am) pm |

Signature of U.S. Marshal or Deputy: C. A Moore [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | $ 11.34 | | $ 56.34 | $ 150.00 | | $ 93.66 |

REMARKS:

X Donna Robidoux [signature] 8-19-05

(1) USM (28 MILES) (1 HR) SERVED OFFICE MANAGER C. MOORE

DOES NOT HAVE MONEY !! C. MOORE

TALKED W/ SUBJECT ON PHONE APPRAISED OF SITUATION!

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**